

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00093-CR

Ryan **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11801
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

After this court granting three previous extensions, appellant's brief was due August 17, 2018. On August 20, 2018, appellant filed the brief and a fourth motion for extension of time. After review, we **GRANT** appellant's fourth motion for extension of time. The brief has been filed.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court